FRANK MASCARENA
360 GALEN WAY
DEER LODGE, MT. 59722

 ORIGINAL

**FILED**

**02/02/2023**

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0713



MONTANA SUPREME COURT

| | |
|---|---|
| IN THE MATTER OF<br><br>FRANK MASCARENA<br><br><br>PETITIONER \| PLAINTIFF<br>VS<br><br><br><br>MONTANA STATE HOSPITAL<br><br>RESPONDENT \| DEFENDANT | CASE NO<br><br><br>JUDGE<br><br><br><br>HABEAS CORPUS |

### JURISDICTION AND VENUE

I THE PETITIONER BRING TO THIS MONTANA SUPREME COURT THE WRIT OF HABEAS CORPUS. I BELIEVE THE MONTANA SUPREME COURT IS THE APPROPRIATE PLACE OF VENUE IN THE FACT OF THE CIRCUMSTANCES MENTIONED IN THIS WRIT. IN THE FACT THAT THE MONTANA SUPREME COURT SUPERSEDES THE COURT INVOLVED.

### STATEMENT OF CASE

I WAS BOOKED INTO YELLOWSTONE COUNTY DETENTION CENTER APRIL 28TH OF 2022 ON FOUR FELONY CHARGES. I FOUND CIVIL RIGHTS VIOLATIONS IN THE PROCEDURES THE JUDGE THE COUNTY ATTORNEY AND A POLICE OFFICER WHO WAS INVOLVED IN A FIFTH

## STATEMENT OF CASE

FELONY SERVED ONTO ME WEEKS AFTER I WAS BOOKED INTO Y.C.D.F. I FILED THREE SEPERATE LAWSUITS AT AROUND THE SAME TIME AND EACH CIVIL LAWSUIT I EXPLAINED THE ISSUES OF THE LAWS I BELIEVED HAD BEEN VIOLATED AGAINST ME. I FILED A COMPLAINT ON JUDGE ROD SOUZA AND A COMPLAINT ON DEPUTY COUNTY ATTORNEY BENJAMIN LANGFORD AND ONE ON OFFICER HILDE OF BILLINGS STREET CRIMES. ALL THREE CIVIL SUITS WERE FROM ACTIONS OUT OF THE 5 FELONY CHARGES THAT JUDGE ROD SOUZA AND PROSECUTOR BENJAMINE LANGFORD HAD AND STILL HAVE JURISDICTION OVER. MAY 24TH 2022 THE THREE CIVIL LAWSUITS WERE OPENED AND PRESIDING JUDGE IN ALL 3 CIVIL LAWSUITS INCLUDING HIS OWN WAS ROD SOUZA. THE REASON WHY I FILED EACH LAWSUIT WAS TO CHALLENGE THE PROCEDURES OF THE UNLAWFULL PROCESSES OF EACH DEFENDENT AND KNOWING BY DUE PROCESS OF LAW THRU ARTICLE 3 SECTIONS 1 AND 2 AND ARTICLE 4 SECTION 1 OF THE UNITED STATES CONSTITUTION THAT BY CORRECT DUE PROCESS THOSE 3 CASES SHOULD HAVE EACH BEEN OPENED IN ANOTHER JUDGES JURISDICTION BECAUSE OF THE CONFLICT OF INTEREST AND UNFAIRNESS OF THE JUDGE PRESIDING IN HIS OWN CASE AND ALSO BEING THE DEFENDENT AT THE SAME EXACT TIME IN THE CIVIL COMPLAINTS GIVES ME NO CHANCE TO EXERCISE MY RIGHTS

(2)

AND MONTANA CODE ANNOTATED 3-1-803 (1) DISQUALIFICATION OF JUDGES. STATES THE FOLLOWING OR CLOSE TO THIS! ANY JUDGE JUSTICE OF THE PEACE CITY OR DISTRICT COURT JUDGE, OR MUNICIPAL MUST NOT SIT IN OR ELSE ACT IN ANY ACTION OR PROCEEDING IN WHICH HE IS A PARTY OR HAS INTEREST IN. MOREOVER: THE FOLLOWING COURT PROCEEDURES IN THE MONTH OF JUNE IN THE CRIMINAL HEARINGS I EXPLAINED TO JUDGE SOUZA THAT HE IS VIOLATING MY CIVIL RIGHTS AND HIS OATH OF OFFICE BY NOT ALLOWING ME TO EXERCISE MY RIGHTS TO SUE HIM IN THE CORRECT MANNER ASCERTAINED BY LAW BEING THAT IM AN AMERICAN BORN CITIZEN. YET SOUZA CLAIMED HE HELD THE RIGHT IN THOSE HEARINGS TO PRESIDE AS JUDGE IN BOTH CIVIL, AND REMAIN IN THE CRIMINAL, AND THEN ASSUMED IM TRYING TO SUE MY WAY OUT OF A JUDGE, AND MADE THE STATEMENT THAT IF I WAS ABLE TO SUE MY WAY OUT OF A JUDGE THEN EVERYBODY WOULD BE DOING IT! Rule 80 Fed R Civ P Stenographic Transmitters (Check Court Records)

CONCLUSION AND ARGUMENT

42 U.S.C. § 1981 (a) EQUAL PROTECTION UNDER COLOR OF STATE LAW. EVER SINCE MY INCARCERATION APRIL 28TH IVE BEEN STUDYING CIVIL AND CRIMINAL PROCEDURES AND THE FEDERAL STATUTE ABOVE PROTECTS MY RIGHTS TO SUE THE 3 DEFENDANTS THRU THE CORRECT DUE PROCESS OF LAW. AND THRU FURTHER STUDIES I HAVE COME TO UNDERSTAND THAT IN MONTANA ARTICLE 2

(3)

## CONCLUSION AND ARGUMENT

SECTION 18 STATE SUBJECT TO SUIT: THAT EITHER OF THE 3 DEFENDANTS OF THE 3 CIVIL COMPLAINTS I HAD SENT TO BE FILED AND WERE FILED MAY 24TH I BELIEVE!? HAD THE RIGHT TO ENJOY THE FREEDOM OF DENYING MY CIVIL RIGHTS TO PROTECT MYSELF THRU THE CIVIL STRUCTURE OF LAW BY POINTING OUT THE UNLAWFULL DESCRIPENCIES IN THEIR DERELICTION OF DUTIES IN THE CRIMINAL PROCEDURES WERE THEY ARE STILL HOLDING ME ACCOUNTABLE, AND IN CUSTODY WAITING TRIAL. MOREOVER: 42 U.S.C § 1985 CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS (3) OBSTRUCTING JUSTICE; INTIMIDATING WITNESS OR JUROR: IN THIS FEDERAL STATUTE THE EXPLANATION IS THE EXACT MEANING IN CERTAIN SENTENCES OR CLAUSE THAT PERTAIN TO THE ACTIONS OF THE 3 CIVIL DEFENDENTS IN THE MANNER OF NEGOTIATING IN BAD FAITH IN ORDER TO SECURE A CONVICTION IN FUTURE TENSE THRU THE PROCESS OF SADISTIC ACTS OF MALICIOUS ABUSE OF AUTHORITY BY INTIMIDATING ME TO THE POINT OF DROPPING THE CIVIL ACTIONS AGAINST THEM KNOWING THEY WERE NEVER GOING TO ALLOW ME TO FIGHT BACK FAIRLY THE WAY THE LAWS WERE AND ARE CREATED THRU DUE PROCESS. HOWEVER BY THE OPPRESIVE TACTICS THEY USED AGAINST ME IN THE MANNERS THEY DID IN THE CIVIL MATTERS WHICH ARE DERIVED AND PRODUCT OF THE CRIMINAL PROCEDURES HAVE NOW BY LAWS AND STATUTES ABOVE AND BEYOND

## HABEAS CORPUS
## CONCLUSION AND ARGUMENT

ARE NOW SUBJECT TO AND HAVE IMPEACHED EACH FELONY THRU THE DECIETFULL CONSCIENCE ACTS IN THAT WHICH ACTUALLY SHOULD IMPAIR THE CRIMINAL ARTICLE AND IT'S PROPERTIES MAKING MY CURRENT IMPRISONMENT AN UNCONSTITUTIONAL AND UNLAWFULL DETAINMENT WITHOUT ANY DOUBT. HENCEFORTH IN MY CURRENT LOCATION THE DOCTORS AND TREATMENT TEAM ARE ALL VERY UNDERSTANDING OF MY FRUSTRATION AND HOW THE ACTIONS OF THE DEFENDENTS ARE THE BASE OF BEING UNFIT TO STAND TRIAL AND HOW IM CONCERED ABOUT GOING TO TRIAL WITH THE SAME 3 DEFENDANTS WHO HAVE PROVED SO MUCH BIAS ALREADY TO THEN PRESIDE, PROSECUTE, AND BEAR WHAT I SEE AS FALSE WITNESS AGAINST ME WHERE I AM THE DEFENDANT. THIS IS LIVING IN DANGER AND FEAR AND THIS IS BARBERIC AND NOT AMERICAN TO TREAT OTHER AMERICANS IN THIS MANNER BASED ON THEIR RACE. FOR THESE REASONS I ASK THIS CANDID COURT TO APPROVE THIS APPLICATION OF RELEASE. THRU THE POWERS OF SUPREME JUSTICE.

## RESPECTFULLY SUBMITTED
## BY

FRANK MASCARENA                          BORN 03-22-1979

11-14-2022     EXECUTED IN MSH FORENSIC UNIT     BILLINGS MT 59101
360 GALEN WAY DEER LODGE MT 59722

THIS DOCUMENT IS SWORN UNDER 28 USC §1746. BY PENALTY OF PERJURY. FM

Form 10(4)

# CERTIFICATE OF SERVICE

I certify that I filed this

☒ Petition

☐ Motion

☐ Other  WRIT OF HABEAS CORPUS / OTHER DOCUMENTS IN SUPPORT
  *[Name of document]*

with the Clerk of the Montana Supreme Court and that I have mailed or hand delivered a copy to each attorney of record and any other party not represented by counsel as follows:

SCOTT TWITO / FOR STATE OF MONTANA
*[Name of opposing counsel]*
P.O BOX 35030

BILLINGS, MONTANA. 59107
*[Address]*

Counsel for STATE OF MONTANA

AUSTIN KNUDSEN
*[Other party representing himself or herself]*
P.O BOX 201401

HELENA, MT. 59620-1401
*[Address]*

DATED this ___7___ day of ___DECEMBER___, 20_22_.

_____
*[Signature]*

FRANK MASCARENA
*[Print name]*



© Montana Supreme Court

Frank Mascarena
360 Galen Way
Deer Lodge, MT. 59722

## MONTANA SUPREME COURT

| | |
|---|---|
| IN THE MATTER OF<br><br>FRANK MASCARENA<br><br>PETITIONER \| PLAINTIFF<br>VS<br><br><br><br>MONTANA STATE HOSPITAL<br><br>RESPONDENT \| DEFENDANT | CASE NO<br><br><br>JUDGE<br><br><br><br>BRIEF OF LAW<br>AND CASE |

## PARTIES INVOLVED

PETITIONER: FRANK DALE MASCARENA PATIENT OF M.S.H

FORENSIC UNIT FOR FITNESS TO PROCEED.
VS
RESPONDENT: MONTANA STATE HOSPITAL WHO HAS CURRENT

CUSTODY OF PETITIONER.

## PRIOR PROCEEDINGS

MASCARENA FILED 3 SEPERATE CASES IN THE THIRTEENTH DISTRICT COURT OF MONTANA ON HIS CRIMINAL PRESIDING JUDGE ROD SOUZA AND ANOTHER ON OFFICER HILDE THEN ANOTHER ON DEPUTY COUNTY ATTORNEY BENJAMINE LANGFORD YET JUDGE SOUZA TOOK EACH CIVIL LAWSUIT INTO HIS POSSESSION AND NEGATE THE LAWS THAT

(1)

# BRIEF OF LAW AND CASE

## PRIOR PROCEEDINGS

HE IS SWORN TO PROTECT. DURING THE CRIMINAL COURT HEARINGS HELD IN 3 SEPERATE PROCEDURES 2 OF THEM BEING ON THE SAME DAY AT SEPERATE TIMES BY VIDEO AND THE 3RD LATER IN THE MONTH IN PERSON JUDGE ROD SOUZA OPENLY ADDMITTED HE HELD THE RIGHT TO ACT AS JUDGE IN THE CIVIL AND CRIMINAL AT THE SAME TIME ALTHOUGH THE LAWS PROVED OTHERWISE. MASCARENA FELT PRESSURED AND DISMISSED THE LAWSUITS AFTER NUMEROUS ATTEMPTS OF PROPER LITIGATION REDRESS THRU DUE PROCESS.

## FACTS

IN STATE COURT THE JUDGES AND PROSECUTORS ARE NOT IMMUNE TO BEING SUED IN THE SAME DISTRICTS THEY WORK WITHIN BY PERSONS IN MASCARENAS POSITION AND THEY KNOW THIS AND BASED ON BELIEF THEY MUST KNOW THAT MASCARENA HAD A VIABLE CLAIM THAT THEY WOULD RATHER KEEP HIDDIN AND SUPPRESSED IN HOPES THAT MASCARENA WOULD GIVE UP THAT FIGHT SO THEY CAN PROCEED TO CONVICT HIM UNLAWFULLY AND THIS IS THE PROOF THAT THIS IS THEIR GOAL.

## ISSUE

DOES ANY JUDGE IN THE UNITED STATES HAVE THE RIGHT TO DENY ANOTHER AMERICAN IN STATE COURT THE CORRECT DUE PROCESS.

(2)

## BRIEF OF LAW AND CASE
## RULE

NO. AMENDMENT FOURTEEN SECTION 1 PROTECTS THE RIGHTS OF STATE CITIZENS FROM THE UNLAWFULL PROCEDURES THAT ARE INVOLVED IN THIS WRIT. IN ORDER TO PROTECT THE CONSTITUTION AND IT'S PURPOSE THEN THIS COURT MUST PROTECT MASCARENAS LIBERTY THRU DUE PROCESS, AND ADMIT THAT THE 5 FELONY CHARGES ARE IMPEACHED ARTICLES DUE TO THE DECIET OF THE JUDGE PROSECUTOR AND OFFICER.

## ANALYSIS / REASONING

AS MENTIONED IN THE WRIT MONTANA CODE ANNOTATED 3-1-803 DISQUALIFICATION OF JUDGES (1) PROVES THAT JUDGE ROD SOUZA BELIEVES THAT THESE LAWS DO NOT PERTAIN TO HIM AS HE ADMITS THIS IN COURT IN JUNE OF 2022. IF HE IS HOLDING MASCARENA ACCOUNTABLE YET FINDS NO WRONG IN UN-DENIABLY INTERFERING WITH MASCARENAS CIVIL RIGHTS, AND MONTHS LATER STILL REFUSING TO RECUSE HIMSELF DENYING ANY FAULT IN HIS PROCESS THEN ITS TIME THIS COURT UNDERSTANDS THE DANGER THAT MASCARENA IS AGAINST.

## CONCLUSION

AFFIRMED THAT THE CRIMINAL RIGHTS TO FAIR AND SPEEDY TRIAL IN MASCARENAS 5 FELONY CHARGES HAVE BEEN VIOLATED BEYOND ANY DOUBT AND HE HAS PROVEN HIS RELEASE IS ASCERTAINED BY LAW.

RESPECTFULLY SUBMITTED BY

FRANK MASCARENA ____ BORN 03-22-79 DATE 11-14-22
SWORN UNDER 28 USC §1746 BY PENALTY OF PERJURY. F.M
EXECUTED. 360 GALEN WAY DEER LODGE MT 59722

(3)

Frank Mascarena
360 Galen Way
Deer Lodge, MT. 59722


MONTANA SUPREME COURT

| | |
|---|---|
| IN THE MATTER OF | |
| | CASE No |
| FRANK MASCARENA | |
| | |
| PETITIONER \|vs PLAINTIFF | JUDGE |
| | |
| | DECLERATION IN SUPPORT |
| | OF HABEAS CORPUS |
| MONTANA STATE HOSPITAL | WRIT |
| | VERIFICATION |
| RESPONDENT \| DEFENDANT | |

### INTRODUCTION

THIS IS A DECLERATION IN SUPPORT OF WRIT OF HABEAS CORPUS. I SWEAR TO THIS COURT THAT EVERYTHING IN THIS WRIT IS TRUE AND CORRECT TO THE BEST OF MY ABILITY. THIS DECLERATION EXPLAINS MY PERSONAL PART OF THE REASON I BELIEVE MY INCARCERATION IS UNLAWFULL.

### BACKGROUND

I ENTERED MONTANA STATE HOSPITAL FORENSIC UNIT SEPTEMBER 19TH 2022. DOCTOR BRUCE CHESSEN IN BILLINGS MONTANA FOUND ME UNFIT TO PROCEED PARTLY DUE TO THE ISSUES IN JUDGE SOUZAS COURT ROOM IN WHICH I SUED JUDGE SOUZA, AND DEPUTY COUNTY ATTORNEY BENJAMINE LANGFORD, AND OFFICER HILDE. SINCE I ENTERED M.S.H FORENSIC UNIT. THE TOPIC OF THIS SITUATION ALWAYS BECOMES A MAIN ARGUMENT DURING MY WEEKLY TREATMENT TEAM MEETING. DOCTOR BEMPORAD UNDERSTANDS THE REASONS OF MY FRUSTRATION DUE TO JUDGE SOUZA VIOLATING MONTANA CODE ANNOTATED 3-1-803 DISQUALIFICATION

(1)

## DECLARATION IN SUPPORT
### BACKGROUND

OF JUDGES (1) HOWEVER HE CLAIMS IT'S NOT THAT BIG OF AN ISSUE TO WORRY ABOUT, AND MY MAIN ISSUE IS TO GET PROPERLY MEDICATED FOR FITNESS TO PROCEED.

### FACTS/EVENTS

DOCTOR BEMPORAD STILL CLAIMS HE DOES NOT KNOW THE NAME OF MY JUDGE EVEN THOUGH HE KNOWS ALL ABOUT THE SITUATION. IVE STUDIED PSYCHOLOGY, AND THESE ARE DIVERSION TACTICS THAT ESPECIALLY A PSYCHIATRIST WOULD KNOW. THIS TELLS ME THAT HE NEGOTIATES WITH SOUZA. IF THE DOCTOR KNOWS ALL THE DETAILS, AND YET HIS FOCUSE IS MEDICATE ME TO SEND ME BACK TO THE SAME STORM I CAME FROM THATS CAUSING THESE ISSUES. THEN HE IS NOT IN MY BEST INTEREST! KNOWING THE PREJUDICE BEHIND THE CIVIL ISSUE THAT BY LAW IMPEACHES THE CRIMINAL ARTICLE, THE DOCTOR SHOULD PETITION EITHER THE 1ST DISTRICT COURT OR ELSE THE SUPREME COURT TO EXPLAIN THE VIOLATIONS JUDGE SOUZA HAS COMMITTED AGAINST ME, AND THE UNITED STATES.

### CONCLUSION

THESE EVENTS CAN NOT BE HIDDEN OR JUSTIFIED DUE TO THE EVIDENTS. YET SOUZA IS SO FIXED ON HELPING TO SECURE A NOW UNLAWFULL CONVICTION. BEING A FORMAL PROSECUTOR I BELIEVE HE SIDES MORE WITH HIS FORMER COLLEAGUES IN MATTERS SUCH AS THIS, YET APPLIES THE POWER OF HIS POSITION AS JUDGE TO AID THEIR PROCESS.

RESPECTFULLY SUBMITTED BY

FRANK MASCARENA _____ 11-28-2022  DOB 05-22-1979
EXECUTED IN 360 GALEN WAY DEER LODGE MT 59722

### VERIFICATION

I VERIFY UNDER PENALTY OF PERJURY THAT EVERYTHING WRITTEN IN THIS ENTIRE CIVIL ISSUE, HABEAS CORPUS, MEMORANDUM BRIEF, AND DECLERATION, OR ANY OTHER DOCUMENT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE. EXCEPT THOSE BASED ON BELIEF. HOWEVER EVEN THOSE MATTERS I BELIEVE TO BE TRUE AND CORRECT. I SWEAR THIS UNDER THE PENALTY OF PERJURY. I ALSO UNDERSTAND THAT IF CAUGHT LYING OR FALSIFYING DOCUMENTS I AM SUBJECT TO LARGE FINES OR IMPRISONMENT. MY SIGNATURE MAKES THIS LEGAL.

FRANK MASCARENA _____ 11-28-2022

PURSUANT TO 28 USC § 1746 UNSWORN DECLARATIONS UNDER PENALTY OF PERJURY

Frank Mascarena
360 Galen Way
Deer Lodge, MT. 59722


MONTANA SUPREME COURT

| | |
|---|---|
| IN THE MATTER OF | CASE NO |
| FRANK MASCARENA | JUDGE |
| PETITIONER Vs PLAINTIFF | |
| | MEMORANDUM OF SUPPORT TO |
| MONTANA STATE HOSPITAL | REQUEST OF COUNSEL USC § 1915 (e) |
| RESPONDENT / DEFENDANT | |

## TABLE OF CONTENTS

THIS IS A MEMORANDUM OF LAW IN SUPPORT OF THE REQUEST OF COUNSELS OR COUNSEL. IN THIS MEMORANDUM YOU SHALL FIND THE FOLLOWING: 1. STATEMENT OF FACTS. 2. ANSWER. 3. ASSUMPTIONS. 4. LEGAL ISSUE. 5. DISCUSSION 6. CONCLUSION

## STATEMENT OF FACTS

IN THIS WRIT THE PETITIONER PRAY TO THIS SUPREME COURT TO APPLY COUNSEL DUE TO THE FACT THAT THE RESPONDENTS OR DEFENDANTS NAMED IN THIS WRIT ARE ALL EXPERTS IN THEIR FIELD OF LAW AND THE LACK OF COUNSEL HAS BEEN AN ISSUE IN CIVIL MATTERS PERTAINING TO THIS WRIT.

## MEMORANDUM OF SUPPORT TO § 1915 (e)
### ANSWER

THE FACT THAT AS PRO SE IN THE 3 CIVIL LAWSUITS IN OR MENTIONED IN THIS WRIT AGAINST THE DEFENDANTS THE DEFENDANTS TREATED MASCAREWA AS IF HIS RIGHTS TO EXERCISE THEM HAVE ZERO MERIT WITHOUT A LAWYER WHO IS FAMILIAR IN CIVIL LAW. AND FOR THIS REASON THIS COURT SHOULD APPLY COUNSEL.

### ASSUMPTIONS

IF THIS COURT FINDS FAVOR IN THE RESPONDENTS AND THE 3 DEFENDENTS THEN THE ONLY THING TO DO FROM THAT POINT IS STUDY MORE LAW TO DEFEND ONE SELF IN A CRIMINAL TRIAL WITH THE FOCUSE TO CHANGE VENUE. MOREOVER TO REPRESENT HIMSELF AS PRO SE DUE TO THE FACT THAT THE TRUST IN PUBLIC DEFENDERS SPELLS MORE RISK DUE TO THE FEAR OF NEPOTISM OR NEGOTIATING IN BAD FAITH; AS SOON AS FITNESS TO PROCEED IS GRANTED THE REQUEST WILL BE MADE IN OPEN COURT TO GRANT PRO SE THAN MOTION TO CHANGE VENUE. THRU M.C.A 3-1-805 (2) DISQUALIFICATION FOR CAUSE. 46-13-203 CHANGE OF PLACE OF TRIAL FOR PREJUDICE

### LEGAL ISSUE

THE LEGAL ISSUE IS PLAIN AND SQUARE AND TO THE POINT THAT THIS IS A UNIQUE CIRCUMSTANCE AND MAY OR MAY NOT REQUIRE SPECIAL LEGAL AID DUE TO THE POSITIONS OF EACH PARTY.

### DISCUSSION

IN NO DOUBT ARE CIVIL RIGHTS BEING VIOLATED IN THE PROCEDURES OF THE DEFENDANT AND IF THE DOCTORS IN THE HOSPITAL HERE IN GALEN MONTANA UNDERSTAND THE FOUNDATION OF THE PETITIONERS REASON OF BEING FIT TO PROCEED COMES FROM THE COURT PROCEDURES OF THE DEFENDANTS CAUSING THE MENTAL ANGUISH THEN

(2)

## MEMORANDUM OF SUPPORT TO § 1915 (e)

### DISCUSSION

WHY ISN'T ANYBODY HOLDING THE DEFENDANTS ACCOUNTABLE IN SOME TYPE OF WAY TO EXPLAIN THAT NOBODY DESERVES TO BE TREATED THIS WAY. IT MAKES NO SENSE TO HELP AN INDIVIDUAL BECOME MENTALLY FIT TO STAND TRIAL YET SEND HIM BACK TO THE SAME PROBLEMS THAT ARE GOING TO CREATE AND ARE POSITIONED TO FLOOD THEM IN EPIC PORPORTIONS. HOW CAN PEOPLE SIT AND WATCH THIS HAPPEN AND ALLOW IT.

### CONCLUSION

HOWEVER THE SUPREME COURT AND WHOEVER THE SUPREME COURT FAVORS IN THIS WRIT OF HABEAS CORPUS WILL BE WHAT IT WILL BE, AND EVERYTHING SO FAR HAS BEEN AN UPSET BUT EVERYTHING HAPPENS FOR A REASON AND NO MATTER THE OUTCOME THE LORD JESUS WILL ALWAYS GUIDE ME AND WISDOM WILL WILL ALWAYS BLANKET ME AND I'LL NEVER GIVE UP HOPE IN THE CONSTITUTION OR MONTANA. AND IT IS ALWAYS POSITIVE FOR THE SUPREME COURT TO BE INVOLVED IN MATTERS LIKE THIS TO PROTECT THE BEST INTEREST OF THE PUBLIC.

PERSUANT TO 28 USC § 1746 UNSWORN DECLERATIONS UNDER P-P

RESPECTFULLY SUBMITTED BY

FRANK MASCARENA _____ 11-14-2022    BORN 03-22-79

EXECUTED IN GALEN MT 59722  M.S.H FORENSIC UNIT 360 GALEN WAY

(3)

# 42 U.S. Code § 1981 - Equal rights under the law

- U.S. Code
- Notes

prev | next

**(a)STATEMENT OF EQUAL RIGHTS**

All persons within the jurisdiction of the United States shall have the same right in every State and Territory to make and enforce contracts, to sue, be parties, give evidence, and to the full and equal benefit of all laws and proceedings for the security of persons and property as is enjoyed by white citizens, and shall be subject to like punishment, pains, penalties, taxes, licenses, and exactions of every kind, and to no other.

**(b)"MAKE AND ENFORCE CONTRACTS" DEFINED**

For purposes of this section, the term "make and enforce contracts" includes the making, performance, modification, and termination of contracts, and the enjoyment of all benefits, privileges, terms, and conditions of the contractual relationship.

**(c)PROTECTION AGAINST IMPAIRMENT**

The rights protected by this section are protected against impairment by nongovernmental discrimination and impairment under color of State law.

(R.S. § 1977; Pub. L. 102–166, title I, § 101, Nov. 21, 1991, 105 Stat. 1071.)

# 42 U.S. Code § 1983 - Civil action for deprivation of rights

- U.S. Code
- Notes

prev | next

Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper

proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia.

# 42 U.S. Code § 1985 - Conspiracy to interfere with civil rights

- U.S. Code
- Notes

prev | next

**(1)PREVENTING OFFICER FROM PERFORMING DUTIES**
If two or more persons in any State or Territory conspire to prevent, by force, intimidation, or threat, any person from accepting or holding any office, trust, or place of confidence under the United States, or from discharging any duties thereof; or to induce by like means any officer of the United States to leave any State, district, or place, where his duties as an officer are required to be performed, or to injure him in his person or property on account of his lawful discharge of the duties of his office, or while engaged in the lawful discharge thereof, or to injure his property so as to molest, interrupt, hinder, or impede him in the discharge of his official duties;

**(2)OBSTRUCTING JUSTICE; INTIMIDATING PARTY, WITNESS, OR JUROR**
If two or more persons in any State or Territory conspire to deter, by force, intimidation, or threat, any party or witness in any court of the United States from attending such court, or from testifying to any matter pending therein, freely, fully, and truthfully, or to injure such party or witness in his person or property on account of his having so attended or testified, or to influence the verdict, presentment, or indictment of any grand or petit juror in any such court, or to injure such juror in his person or property on account of any verdict, presentment, or indictment lawfully assented to by him, or of his being or having been such juror; or if two or more persons conspire for the purpose of impeding, hindering, obstructing, or defeating, in any manner, the due course of justice in any State or Territory, with intent to deny to any citizen the equal protection of the laws, or to injure him or his property for lawfully enforcing, or attempting to enforce, the right of any person, or class of persons, to the equal protection of the laws;

**(3)DEPRIVING PERSONS OF RIGHTS OR PRIVILEGES**

$20 OFF NOOK GLOWLIGHT 4 AND 4E

SEE ALL OFFERS

BARNES&NOBLE
BOOK OF THE *Year*    SHOP NOW    Sm Art

Shop Our Holiday Gift Guide & Get Free Shipping on Orders of $40 or More   Find a Gift

Home > Books

# Latino Christian Poems

by Frank D. Mascarena

★★★★★  5.0 (1)



> THIS IS FOR AN ANALYSIS OF MY CHARACTER AND REASON I USE GOD IN MY DOCUMENTS! SO THERE ISNT ANY CONFUSION OF SEEMING DERANGED AS THIS HAS BEEN A SET BACK IN THE PAST. CONCLUSION IN MEMORANDUM PG 3. THANKS 4 UNDERSTANDING

$5.00

PAPERBACK

## $10.00

◯ Ship This Item — **Qualifies for Free Shipping**  ⓘ

◯ Pick up in Store  ⓘ
Check Availability at Nearby Stores

ADD TO CART

Instant Purchase

Manage Preferences

Accept All Cookies

Barnes & Noble uses cookies to offer you a better user experience. By clicking "Accept All Cookies" you agree to the storing of cookies on your device in accordance with our Cookie Policy

About the Author

Frank D Mascarena was born in Billings, Montana. He had a special relationship with his father, Leo Mascarena, a former U.S. Marine. Leo and Frank spent lots of time fishing. Leo had Frank involved in sports like baseball, boxing, and wresting, but, most important, Leo showed Frank how to pray to the living God. This has inspired Frank to spread the message of God's love.

Frank has a large Chicano family in Billings and he also has a large Native American family from his mother's side of the family on the Crow Indian reservation of Montana.

In addition to writing, Frank loves sharing with others about his relationship with God, and he also loves inventing board games.

# Customer Reviews

★ ★ ★ ★ ★  5.0 ⋮ 1 Review

1 out of 1 (100%) reviewers recommend this product

Search topics and reviews

## REVIEWS

Write A Review

Barnes & Noble uses cookies to offer you a better user experience. By clicking "Accept All Cookies" you agree to the storing of cookies on your device in accordance with our Cookie Policy

# Montana Code Annotated 2021

TITLE 26. EVIDENCE
CHAPTER 10. MONTANA RULES OF EVIDENCE
Article IV. Relevancy and Its Limits

## Habit; Routine Practice

Rule 406.   Habit; routine practice.

(a)   Habit and routine practice defined. A habit is a person's regular response to a repeated specific situation. A routine practice is a regular course of conduct of a group of persons or an organization.

(b)   Admissibility. Evidence of habit or of routine practice, whether corroborated or not, and regardless of the presence of eyewitnesses, is relevant to prove that conduct on a particular occasion was in conformity with the habit or routine practice.

(c)   Method of proof. Habit or routine practice may be proved by testimony in the form of an opinion or by specific instances of conduct sufficient in number to warrant a finding that the habit existed or that the practice was routine.

History:   Ad. Sup. Ct. Ord. 12729, Dec. 29, 1976, eff. July 1, 1977.

I'M ATTACHING THIS TO EXPLAIN THIS ENTIRE CIRCUMSTANCE FROM THE DIRECTION THE LAWS ARE CONSTUED TO BE ASCERTAINED THEN ATTAINED THRU DUE PROCESS CLAUSE OF AMENDMENT FOURTEEN SECTION ONE OF THE U.S CONSTITUTION! I AM NOT AT FAULT FOR THE STRUGGLE TO THE REDRESS OF MY FREEDOM. THIS APPLIES TO THE MISCONDUCT OF JUDGE ROD SOUZA!

12-7-2022



# Judicial Standards Commission
# State of Montana

The unde[...]ng facts showing misconduct on t[...]

·NAME (

ADDRE:

Based on [...]non(s) you feel the judge has violate[...] then your compl[...] dge has violated,

The facts [...] follows: (Please state in your owr[...] ovide information as to when and whe[...] ole involved.)

I WAS ARRES[...] [...]LL PROCEDURES IN JUDGE ROD S[...] AGAINST HIM. I ALSO FILED ON[...] LICE OFFICER THAT ARE BOTH INV[...] S. I BELIEVE IT WAS MAY 29TH 2022[...] WERE OPENED IN THE 13TH DISTRICT[...] JUDGE IN ALL 3 INCLUDING[...] THE REASON I PLACED CLERK TERRY[...] FACT THAT SHE HAS WITNESSED THE[...] UDGEMENT AFTER, AND BECAUSE TRAINING AND CERTIFICATION OF JUDGES PROVES CLERKS TRAIN

Handwritten note overlay:

DEAR CLERK.
I AM SENDING THIS ONLY IN REGARDS TO PROVE IM USING THE CORRECT PROCEDURES. I KNOW THIS IS NOT NESESSARY BUT I JUST FIGURE IT MIGHT HELP EXPEDITE OR HELP TO ASCERTAIN THE CIRCUMSTANCE! I SENT A COPY TO AUSTIN KNUDSEN ALONG WITH ADDITIONAL PAPERS HEREWITH THAT I ORIGINALY DIDNT SEND. THANK YOU FOR BEING PATIENT, AND I HOPE THIS IS THE FINAL TIME AND ALL IS FINALLY CORRECT. THANK YOU

(If more space is needed, you may attach additional sheets to this complaint and mark them a, b, c, etc.)

JUDGES BEFORE THEY ARE ADMITTED INTO OFFICE. THEREFORE JUDGE SOUZA HAD TO HAVE CONVINCED HER TO ALLOW HIM TO PRESIDE AS JUDGE IN THE 3 CIVIL SUITS. THIS WAS NOT A MISTAKE AS JUDGE ROD SOUZA ADMITTED THAT HE BELIEVED HE HAD THE RIGHT TO PRESIDE AS JUDGE IN THE CIVIL LAWSUITS THAT PERTAIN TO THE CRIMINAL ARTICLES, FROM HIS PROCEDURES DURING 3 CRIMINAL HEARINGS. 2 HEARINGS ON JUNE 9TH AND THOSE WERE BOTH VIDEO HEARINGS FROM Y.C.D.F. MORNING, AND AFTERNOON AS JUDGE SOUZA CLAIMED HE HAD THE RIGHT TO PRESIDE IN HIS OWN LAWSUIT CITING M.CA 3-1-804 SUBSTITUTIONS OF JUDGES GAVE HIM THE RIGHT AFTER I CITED M.C.A 3-1-803 (1) DISQUALIFIC-ATION OF JUDGES! PROVES HE BROKE HIS OATH OF OFFICE. AND VIOLATED MY RIGHTS TO SUE A JUDGE THRU DUE PROCESS. JUNE 23RD DURING AN IN PERSON COURT HEARING AT YELLOWSTONE COUNTY COURT-HOUSE I ASKED JUDGE SOUZA IF I HAD THE RIGHT TO SUE HIM AND HE AGREED I HAD THE RIGHT. THEN I ASKED HIM IF HE HAD THE RIGHT TO PRESIDE AS ACTING JUDGE IN THE LAWSUIT I SUED HIM IN, AND HE SAID "YES", STENOGRAPHIC TRANSMITTERS ARE WITNESS TO THIS SITUATION. 42 U.S.C § 1981 (a) EQUAL RIGHTS UNDER COLOR OF LAW. PROVES I HAVE THE RIGHT TO SUE THRU DUE PROCESS. AMENDMENT 14 SECTION 1 ALSO PROVES THAT JUDGE SOUZA DID THIS WITHOUT ANY REGARD TO MY CIVIL RIGHTS. HIS EXCUSE FOR HIS ACTIONS, AND BREACH OF DUTY WAS THAT HE BELIEVES I AM TRYING TO SUE MY WAY OUT OF A JUDGE. IF THIS IS HIS BELIEF THAN HE IS ENTITLED TO HIS BELIEF! HOWEVER THIS DOES NOT GIVE HIM THE RIGHT TO VIOLATE MY RIGHTS TO SUE HIM THRU DUE PROCESS, AND TO USE HIS POSITION AND AUTHORITY TO BENEFIT HIMSELF. 42 U.S.C § 1985 CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS (2) OBSTRUCTING JUSTICE; INTIMIDATING PARTY WITNESS, OR JUROR. IM NOT TRYING TO EXPLAIN THESE STATUTES AS A WAY TO INDICATE HIS WRONG. IM TRYING TO PROVE THAT I KNOW MY RIGHTS AS AN AMERICAN CITIZEN UNDER THE SAME

CONSTITUTION SOUZA IS SWORN TO PROTECT, AND TO TREAT ANY OTHER AMERICAN THE SAME. NO MATTER THE COLOR OF THEIR SKIN! OR ETHENIC BACKGROUND! I SENT IN A COMPLAINT AROUND 3½ MONTHS AGO, BUT AFTER OBSERVING THE CIRCUMSTANCE I LOST FAITH IN THE SYSTEM. HOWEVER AFTER BEING MEDICTED HERE IN MONTANA STATE HOSPITAL AND STUDYING THE LAWS MORE PROMINANTELY I REALIZED THAT NOBODY HAS THE RIGHT TO TREAT NOT ONLY ME BUT HIS OATH OF OFFICE AND THE PUBLIC IN THIS MANNER. THE WAY I SEE IT IS IF HE IS DOING IT TO ME THEN HE IS ABUSING ALL OF US AND THE LAWS HE CLAIMS TO PROTECT. IF JUDGE ROD SOUZA BELIEVES THE LAWS DONT PERTAIN TO HIM THE EQUAL WAY THEY ARE DESIGNED FOR ALL AMERI-CANS THEN HE MUST BELIEVE HE IS ABOVE THE LAW AND IMMUNE TO PUNISHMENT FOR VIOLATING OUR HUMAN RIGHTS. AND FOR THIS I BELIEVE THESE CANONS HE VIOLATED. CANON 1. RULE 1.1 COMPLIANCE WITH THE LAW & RULE 1.2 PROMOTING CONFIDENCE IN THE JUDICIARY COMMENT: [1] [4] [5] RULE 1.3 [1] MOREOVER M.C.A 3-1-803 DISQUALIFICATION OF JUDGES@ IS THE MAIN STATUTE THAT EXPLAINS THIS ENTIRE ISSUE. THERE IS NO EXCUSE FOR JUDGE ROD SOUZAS DILLIBERATE INDIFFERANCE TOWARDS WE THE PEOPLE OF THE STATE OF MONTANA. THE STRUCTURE OF JUDICIAL NEPOTISM HAS BECOME AN OBSTACLE FOR ME TO DEAL WITH. BUT I KNOW MY RIGHT AT NEARLY THE LEVEL OF A PARA-LEGAL STATUS AT THIS POINT THRU SELF STUDIES. IM NOT ASKING THIS COMMISION TO DISQUALIFY JUDGE SOUZA, FROM PRESEDING AS JUDGE IN THE CRIMINAL PROCESS EVEN THOUGH THE CRIMINAL PROCESS IS SUBJECT TO IMPEACHED OR BEING IMPEACHED. IM ASKING FOR REDRESS OF MY RIGHTS AND TO MAKE A FULL FAIR AND

## ADD SHEET C

HONEST INVESTIGATION WITHOUT FAVORING JUDGE SOUZA IN WHICH AIDS HIM TO VIOLATE MONTANA AND IT'S LAWS AND PEOPLE. TO APPLY IT'S PURPOSE OF JUSTICE

## VERIFICATION

I VERIFY UNDER THE PENALTY OF PERJURY THAT EVERYTHING IN THE JUDICIAL COMPLAINT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE. EXCEPT FOR THE CIRCUMSTANCES BASED ON BELIEF. BUT EVEN THOSE BASED ON BELIEF I BELIEVE TO BE TRUE EVERYTHING I HAVE EXPLAINED CAN BE PROVEN THRU COURT RECORD UPON THOROUGH INVESTIGATION. I ALSO UNDERSTAND THAT IF I AM CAUGHT LYING OR HAVING FALSIFIED THIS DOCUMENT I CAN BE FINED OR EVEN IMPRISONED FOR PERJURY. MY SIGNATURE MAKES THIS LEGAL.

RESPECTFULLY SUBMITTED BY

FRANK MASCARENA          12-6-2022

EXECUTED IN 360 GALEN WAY DEER LODGE, MT. 59722
MONTANA STATE HOSPITAL FORENSIC UNIT

PURSUANT TO 28 USC § 1746 UNSWORN DECLERATIONS UNDER PENALTY OF PERJURY

8:24 PM   M.CA2-2-301 NEPOTISM DEFINED

the misconduct of the above judge are:

CLERK OF COURT

NAME: TERRY HALPIN

ADDRESS: P.O BOX 35030

BILLINGS,MT. 59107

PHONE NO: 406-256-2851

NAME: COUNTY ATTORNEY BENJAMINE LANGFORD

ADDRESS: PO BOX 35030

BILLINGS, MT. 59107

PHONE NO: 406-256-2851

(Names of additional witnesses may be listed on a separate sheet and attached.)

I (have ✓ / have not____) contacted the judge in regard to my complaint.

I will furnish additional information to your Commission if requested. If the complaint is investigated, I will cooperate with your Commission and furnish the evidence I may have and I will testify at any hearing on this complaint.

My full name, address and telephone number is:

NAME: FRANK D MASCARENHA

ADDRESS: 360 GALEN WAY

DEER LODGE, MT. 59722

PHONE #: 406-693-7300

DATED this ___6___ day of ___DECEMBER___, 20_22_.

_____
SIGNATURE

SUBSCRIBED AND SWORN TO before me this ___6___ day of _December_ 20_22_.

MARIA S. HYVONEN
NOTARY PUBLIC for the
State of Montana
Residing at Anaconda, Montana
My Commission Expires
April 22, 2024
SEAL

Notary Public for the State of _Montana_
Residing at _Anaconda, Montana_
My Commission expires _April 22, 2024_

**RETURN TO:**

SHELLY SMITH, EXECUTIVE SECRETARY
JUDICIAL STANDARDS COMMISSION
PO BOX 203005
301 S. PARK, SUITE 328
HELENA, MT 59620-3005

08/25/2015

